Roger L. Zissu, Esq.
John P. Margiotta, Esq.
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
Telephone: 212-813-5900
Fax: 212-813-5901
  Attorneys for Non-Party
   David W. Ehrlich, Esq.

Raymond J. Dowd, Esq.
Dunnington, Bartholow & Miller LLP
477 Madison Avenue
New York, NY 10022
Telephone: (212) 682-8811
Fax: (212) 661-7769
  Attorneys for Plaintiff

Martin G. Raskin, Esq.
David B. Sunshine, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 986-1116
Fax: (212) 986-0604
  Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AGATHA BROWN,                           :

             Plaintiff,     :    02 CIV. 4630 (DAB)(DF)

      -against-     :    **STIPULATION**
                          **EXTENDING TIME**
MICHEL QUINIOU, et al.,     :    **FOR NON-PARTY**
                          **WITNESS DEPOSITION**

                           :

         Defendants.    :

------------------------------------------------------------x

{F0283289.1 }

Whereas on April 16, 2008 the Court ordered that the deposition of non-party David W. Ehrlich, Esq. take place no later than May 7, 2008 on a date to be agreed by counsel; and

Whereas counsel have conferred and are in agreement that the earliest convenient date for counsel and the witness is in the week beginning May 12, 2008,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the deposition of Mr. Ehrlich take place as agreed on May 14, 2008 at 11:00 A.M. at the offices of plaintiff's attorneys.

Dunnington, Bartholow & Miller LLP

by_____
Raymond J. Dowd
Attorneys for Plaintiff

Wolf, Block, Schorr and Solis-Cohen LLP

by_____
David B. Sunshine
Attorneys for Defendants

Fross Zelnick Lehrman & Zissu, P.C.

by_____
Roger L. Zissu
Attorney for Non-Party
David W. Ehrlich, Esq.

So Ordered  5/9/08

_____
U. S. M. J.

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK