```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 23, 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AGATHA BROWN,

                Plaintiff,

                                02 Civ. 4630 (DAB)
     -against-                        ORDER

MICHAEL QUINIOU et al.,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Court is in receipt of Defendants' letters dated April 10, 2008 and July 9, 2008 and Plaintiff's letters dated April 17, 2008 and July 22, 2008 addressing Defendant's proposed motion for summary judgment. Plaintiff has requested further discovery in this matter. Yet, it appears to the Court that the Plaintiff is seeking an end-run around the very clear directive of Magistrate Judge Debra Freeman's ORDER dated April 16, 2008. Pursuant to that ORDER and the extension granted by Judge Freeman on May 9, 2008, Discovery in this matter closed on May 14, 2008. Defendants shall file and serve moving papers within 45 days of the date of this Order. Thereafter, Plaintiff shall respond within 45 days of being served with Defendants' moving papers. Defendants may then reply within 10 days of being served with Plaintiff's response. At that time, Defendants' motion will be fully-submitted.

     SO ORDERED.

Dated:    New York, New York
           July 23, 2008

                                                  Deborah A. Batts
                                         United States District Judge